**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**EMILY R. SELLERS,**

    **Plaintiff,**

  **v.**           **Civil Action 2:15-cv-2928**
                 **Judge George C. Smith**
                 **Magistrate Judge Jolson**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

    **Defendant.**

## ORDER

   The parties have jointly moved to remand this case to the Commissioner pursuant to 42

U.S.C. § 405(g), sentence four.  The Court grants the motion (Doc. 14).  Upon receipt of the

Court's Order, the Appeals Council will remand the matter to an Administrative Law Judge for

further proceedings.

   IT IS SO ORDERED.


Date: April 8, 2016        s/ Kimberly A. Jolson
                 KIMBERLY A. JOLSON
                 UNITED STATES MAGISTRATE JUDGE